## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

COURTINEY HAMMONDS                                                                                          PLAINTIFF

v.                                          No. 4:10CV01965 JLH-JJV

NURSE HAULES, Pulaski County
Detention Facility, *et al*.                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 15th day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE